UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI-CIVIL DIVISION

CASE NO.: 09-22599-CV-Ungaro-Simonton

TADY BLANCO GARCIA, Et Al.

        Plaintiffs,

vs.

MARINO CAR WASH, INC., Et Al.,

        Defendants.
_____/

### ORDER DIRECTING THE U.S. MARSHALL'S OFFICE TO PERMIT PLAINTIFFS' TO GAIN ENTRY TO THE COURTHOUSE

Having been advised by Ore Tenus motion of Plaintiffs' counsel at the Calendar Call of July 14, 2010 requesting that Plaintiffs be granted access to the Courthouse as a number of the Plaintiffs may not have the required identification to gain entry to the Courthouse located at 400 North Avenue – Courtroom 12-4, Miami, Florida.

IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiffs' Motion is GRANTED. The U.S. Marshall's Office is directed to permit Plaintiffs, Joel Herrera-Garcia, Arlan Herrera-Garcia, Jose Gonzalez, Danilo Rueda and Marvin Gonzalez to gain entry to the Courthouse for the purpose of attending trial presently set for July 19, 2010 through July 23, 2010. Plaintiffs' counsel, James M. Loren and/or a representative of his office must meet the Plaintiffs at the security desk along with a copy of this order so as to facilitate Plaintiffs' access to the Courthouse.

DONE AND ORDERED in Chambers in Miami, Florida on July 13, 2010

_____
Ursula Ungaro
U.S. District Court Judge

See Service List

All Counsel of Record

Attorney Mr. Loren w/B